Sign in | Join | Help | Feedback    Download: RSS | Email Alerts | Wireless



Search This Site [        ] Go | powered by Google

Home   38 Sports Spot   Sports   Meredith   Entertainment   On The Spot   Deal of the Week   SpotMobile   Contact

On Air Links
Station Links
  GM Spotlight
  Deal of the Week
  Earn Your Degree
  Contests
About Us
  Employment



The 38 The Spot - Deal of the Week

### Deal of the Week

More companies are looking for opportunities to set them apart from competitors and to spread their message throughout Kansas City.

Join the sponsors of The 38 The Spot - Deal of the Week. Below are the current specials of the organizations taking part in the Deal of the Week program.

Current 38 The Spot Deals of the Week include:
Click on sponsor's name to visit their web site



CLICK BELOW FOR VIDEO


Chad Franklin Suzuki



Chad Franklin Suzuki | 877-666-6170

Choose a different brand new suzuki...every year...year after year...and never make a single car payment...for the rest of your life! Find out how at Chad Franklin Suzuki in Kansas City, Kansas


Chad Franklin Suzuki

DISCLAIMER: On select new vehicles and cannot be combined. Based on Smart Buy program with tier 9 or 10 credit through A.S.F.S. Plus tax, tag and title. Dealer retains all rebates and makes payments for one year and takes vehicle back on trade based on NADA loan value less excessive wear, damage and/or mileage.

If you're interested in finding out how your business can benefit from being involved with The 38 The Spot - Deal of the Week, click here




**Weeknights** SOUTH PARK
at 11:30 & 12:00

The 38 Sports Spot

**Question of the Week:** Which player should represent the Royals in the All-Star game?
- John Buck
- Mark Teahen
- Gil Meche
- Tony Pena Jr.
- David DeJesus

Vote




© 2007 The E.W. Scripps Co.
**Privacy Policy | User Agreement | EEO**

    

Comparison Shop for **Outdoor Gear** and **Wedding Rings** at Shopzilla & BizRate
uSwitch.com compares gas & electricity, home phone, mobile phones, broadband, credit cards, loans and car insurance

inergize This site is hosted and managed by Inergize Digital Media.



# CHRISTOPHER AD GROUP
ADVERTISING & MARKETING

CLIENT: CHAD FRANKLIN SUZUKI  LENGTH: RADIO 60

## "LIMITED MILES 85"

### VOICEOVER:
THIS REVOLUTIONARY NEW TEST MARKET OFFER IS AVAILABLE FOR ONLY "85" MORE KANSAS AND MISSOURI RESIDENTS...AND WILL NOT BE REPEATED.
(START CLINICAL SOUNDING MUSIC)

INFORMATIONAL TONE)
IF YOU WOULD LIKE TO BE PART OF AN ENVIRONMENTAL TEST MARKET OFFER... ARE WILLING TO DRIVE NO MORE THAN 15,000 MILES PER YEAR...AND DESIRE TO OWN A BRAND NEW VEHICLE FOR ONLY $49 A MONTH...THIS MESSAGE IS FOR YOU!

BASED ON A GROWING NATIONWIDE CONCERN OVER PEOPLE'S DRIVING HABITS AND EXCESSIVE GASOLINE CONSUMPTION...CHAD FRANKLIN SUZUKI...PROVIDES A 3 OR 4 YEAR TEST MARKET OFFER...WHERE YOU CAN "OWN" A BRAND NEW SUZUKI...WITH AN INITIAL DOWN PAYMENT OF ZERO AND A MONTHLY PAYMENT OF ONLY $49 A MONTH...AND GASOLINE WILL BE PROVIDED AT NO EXTRA CHARGE.

DURING THE SUZUKI SUMMER SELL-DOWN...GET THE ALL NEW SUZUKI XL7 CROSSOVER... WITH A POWERFUL 252 HORSEPOWER V-6 ENGINE...WHICH HAS MORE HORSEPOWER THAN HIGHLANDER OR SANTA FE...MORE LEGROOM AND HEADROOM THAN HIGHLANDER...AND...BETTER GAS MILEAGE THAN PATHFINDER OR 4RUNNER!

THE ALL NEW SUZUKI XL7 ALSO HAS AVAILABLE 7 PASSENGER SEATING... ALL WHEEL DRIVE...A DVD ENTERTAINMENT SYSTEM AND NAVAGATION SYSTEM.

THERE'S TONS OF NEW SUZUKI GRAND VITARAS AND FORENZAS TOO...AND EVERY NEW SUZUKI COMES WITH AMERICA'S #1 WARRANTY...A 7 YEAR/100,000 MILE WARRANTY TO KEEP YOU COVERED!

NOW THRU MONDAAY...GO TO CHAD FRANKLIN SUZUKI...AT 6801 STATE AVENUE IN KANSAS CITY, KANSAS...OR RIGHT NOW CALL 1-888-7-SUZUKI! SUZUKI...WAY OF LIFE!

DISCLAIMER: ON SELECT VEHICLES AND SUBJECT TO LENDER'S FINAL APPROVAL. INITIAL PAYMENTS AND AMOUNT OF GAS FOR UP TO THE FIRST 6 MONTHS AND THEN TO REGULAR PAYMENT THEREAFTER. DEALER RETAINS ALL REBATES. SEE DEALER FOR DETAILS.

00 PONCE DE LEON • SUITE 470 • CORAL GABLES, FLORIDA 33146

---

This announcement was broadcast __85__ times as entered in the station's program log. The times this announcement was broadcast were billed to this station's client on our invoice numbered __47524__ and dated __9/6/07__.

$ __185.00__ each for __33__ announcement for a total of $ __6105.00__
$ __60.00__ each for __16__ announcement for a total of $ __960.00__
$ __20.00__ each for __8__ announcement for a total of $ __160.00__
$ __5.00__ each for __28__ announcement for a total of $ __140.00__
$ _____ each for _____ announcement for a total of $ _____
$ _____ each for _____ announcement for a total of $ _____

Total $ __7365.00__

_Marla Zirkle_    _Carla Meyers_    KMXV
Notary Signature & Seal   Signature of Station Official   Station

MARLA J. ZIRKLE
Notary Public-Notary Seal
STATE OF MISSOURI
Lafayette County
My Commission Expires May 2, 2010
Commission # 06-462408

CFS 00444

PLAINTIFF'S EXHIBIT A

PDF created with pdfFactory trial version www.pdffactory.com