| Name of Ad | Dates Ran | Station/Sales Rep. | Times Ran | Amount Paid |
|---|---|---|---|---|
| Batteries Included II Radio | 1/11/08-1/12/08 | KMXN | 17 | $425.00 |
| Batteries Included II Radio | 1/16/08-1/19/08 | KCJK 105.1 | 47 | $3,405.00 |
| Batteries Included II TV | 1/11/08-1/27/08 | KMCI 38 | 35 | $4,665.00 |
| Batteries Included II TV | 1/17/08-1/18/08 | KMCI 38 | 4 | $840.00 |
| Batteries Included II TV | 1/11/08-1/23/08 | WDAF 4 | 57 | $16,610.00 |
| Batteries Included II TV | 1/11/08-1/27/08 | Time Warner | 515 | $10,104.00 |
| Batteries Included II TV | 1/11/08-1/22/08 | KMBC 9 | 25 | $18,450.00 |
| Batteries Included II TV | 1/11/08-1/22/08 | KCTV 5 | 56 | $11,970.00 |
| Batteries Included Radio | 1/16/08-1/19/08 | KMXV 93.3 | 45 | $3,505.00 |
| Batteries Included Radio | 1/9/08-1/10/08 | KMXN | 12 | $300.00 |
| Batteries Included Radio | 1/09/08-1/12/08 | KQRC 98.9 | 29 | $3,120.00 |
| Batteries Included TV | 1/9/08-1/10/08 | KMCI 38 | 8 | $1,065.00 |
| Batteries Included TV | 1/8/08-1/10/08 | WDAF 4 | 16 | $6,985.00 |
| Batteries Included TV | 1/8/08-1/10/08 | Time Warner | 84 | $1,130.00 |
| Batteries Included TV | 1/8/08-1/10/08 | KMBC 9 | 9 | $6,100.00 |
| Batteries Included TV | 1/8/08-1/10/08 | KCTV 5 | 18 | $3,470.00 |
| Chad Franklin $53 | 7/24/07-7/29/07 | KMCI 38 | 21 | $0.00 |
| Chad Franklin $53 | 7/30/07-8/26/07 | KMCI 38 | 47 | $0.00 |
| Chad Franklin $53 | 8/27/07-9/30/07 | KMCI 38 | 53 | $0.00 |
| Chad Franklin CC | 11/19/07-11/24/07 | WDAF 4 | 3 | $0.00 |
| Chad Franklin Sports BB | 8/1/07-8/17/07 | KMBC 9 | 3 | $0.00 |
| Chad Franklin Sports BB | 10/4/2007 | KMBC 9 | 1 | $0.00 |
| Chad Franklin Sports BB | 11/30/07-12/04/07 | KMBC 9 | 8 | $0.00 |
| Chad Franklin Sports BB | 1/2/08-1/26/08 | KMBC 9 | 4 | $0.00 |
| Chad Franklin WX BB | 8/2/07-8/16/07 | KMBC 9 | 6 | $0.00 |
| Chad Franklin WX BB | 8/29/07-9/28/07 | KMBC 9 | 11 | $0.00 |
| Chad Franklin WX BB | 10/4/07-10/19/07 | KMBC 9 | 5 | $0.00 |
| Chad Franklin WX BB | 11/4/07-11/25/07 | KMBC 9 | 6 | $0.00 |
| Chad Franklin WX BB | 12/2/07-12/13/07 | KMBC 9 | 5 | $0.00 |
| Chad Franklin WX BB | 12/31/07-1/26/08 | KMBC 9 | 20 | $0.00 |
| Chief's Radio Limited Miles 85 | 10/7/07-10/21/07 | Chief's Radio | 18 | $6,562.50 |
| Deal of the Week | 6/26/07-7/8/07 | KMCI 38 | 19 | $0.00 |
| Deckocast | 7/02/07-7/26/07 | KCWE 29 | 9 | $0.00 |
| Deckocast | 7/31/07-8/14/07 | KCWE 29 | 7 | $0.00 |
| Deckocast | 9/24/07-9/28/07 | KMBC 9 | 3 | $0.00 |
| Deckocast | 9/3/07-9/28/07 | KCWE 29 | 9 | $0.00 |
| Deckocast | 10/8/07-10/26/07 | KCWE 29 | 11 | $0.00 |
| Deckocast | 11/1/07-11/9/07 | KCWE 29 | 3 | $0.00 |
| Drivers Wanted 47 Radio | 10/29/07-11/25/07 | KMXV 93.3 | 40 | $2,000.00 |
| Drivers Wanted 47 Radio | 11/14/07-11/17/07 | KQRC 98.9 | 29 | $4,400.00 |
| Drivers Wanted 47 TV | 10/31/07-11/2/07 | WDAF 4 | 17 | $6,500.00 |
| Drivers Wanted 47 TV | 10/31/07-10/5/07 | Time Warner | 114 | $2,683.00 |
| Drivers Wanted 47 TV | 10/31/07-11/05/07 | Time Warner | 39 | $506.25 |
| Drivers Wanted 47 TV | 10/31/07-11/2/07 | KMBC 9 | 16 | $7,175.00 |
| Drivers Wanted 47 TV | 10/31/07-11/2/07 | KCWE 29 | 14 | $1,905.00 |
| Drivers Wanted 47 TV | 10/31/07-11/2/07 | KCTV 5 | 6 | $4,500.00 |
| Drivers Wanted 47 TV | 10/31/07-11/3/07 | KSHB | 12 | $3,750.00 |
| Drivers Wanted 47 TV Revised | 11/4/07-11/25/07 | WDAF 4 | 12 | $7,950.00 |
| Drivers Wanted 47 TV Revised | 11/3/07-11/25/07 | WDAF 4 | 123 | $29,385.00 |
| Drivers Wanted 47 TV Revised | 11/5/07-11/25/07 | Time Warner | 493 | $11,811.00 |
| Drivers Wanted 47 TV Revised | 11/05/07-11/25/07 | Time Warner | 155 | $5,158.75 |



PLAINTIFF'S EXHIBIT B

PDF created with pdfFactory trial version www.pdffactory.com

| Description | Dates | Station | Qty | Amount |
|---|---|---|---|---|
| Drivers Wanted 47 TV Revised | 11/4/07-11/25/07 | KMBC 9 | 62 | $23,525.00 |
| Drivers Wanted 47 TV Revised | 11/4/07-11/25/07 | KCWE 29 | 60 | $7,035.00 |
| Drivers Wanted 47 TV Revised | 11/4/07-11/25/07 | KCTV 5 | 28 | $23,400.00 |
| Drivers Wanted 47 TV Revised | 11/4/07-11/25/07 | KSHB | 54 | $14,650.00 |
| Drivers Wanted 47 TV Revised | 11/26/07-11/29/07 | Time Warner | 27 | $1,230.75 |
| Drivers Wanted 47 TV Revised | 11/26/07-11/29/07 | Time Warner | 67 | $1,552.00 |
| Drivers Wanted 47 TV Revised | 12/26/07-12/29/07 | WDAF 4 | 17 | $6,100.00 |
| Drivers Wanted 47 TV Revised | 11/28/07-11/29/07 | KMBC 9 | 4 | $1,700.00 |
| Drivers Wanted 47 TV Revised | 11/28/07-11/29/07 | KCWE 29 | 10 | $1,220.00 |
| Drivers Wanted 47 TV Revised | 11/28/2007 | KSHB | 1 | $90.00 |
| Drivers Wanted 47 TV Revised | 11/26/07-11/28/07 | KSHB | 9 | $0.00 |
| Drivers Wanted 47 TV Revised | 11/26/07-12/5/07 | KSHB | 22 | $0.00 |
| Drivers Wanted 47 TV Revised | 11/27/07-11/29/07 | KCTV 5 | 4 | $4,400.00 |
| Drivers Wanted 700 TV | 11/30/07-12/21/07 | Time Warner | 128 | $4,217.50 |
| Drivers Wanted 700 TV | 11/30/07-12/02/07 | Time Warner | 68 | $1,932.00 |
| Drivers Wanted 700 TV | 12/2/07-12/16/07 | WDAF 4 | 13 | $6,450.00 |
| Drivers Wanted 700 TV | 11/30/07-12/16/07 | WDAF 4 | 94 | $20,950.00 |
| Drivers Wanted 700 TV | 11/30/07-12/16/07 | KMBC 9 | 47 | $16,925.00 |
| Drivers Wanted 700 TV | 11/30/07-12/16/07 | KCWE 29 | 31 | $2,890.00 |
| Drivers Wanted 700 TV | 11/30/07-12/16/07 | KSHB | 29 | $5,650.00 |
| Drivers Wanted 700 TV | 11/30/07-12/21/07 | KSHB | 46 | $0.00 |
| Drivers Wanted 700 TV | 12/7/07-12/21/07 | KSHB | 33 | $0.00 |
| Drivers Wanted 700 TV | 11/30/07-12/16/07 | KCTV 5 | 19 | $16,650.00 |
| Drivers Wanted Radio | 10/10/07-10/13/07 | KQRC 98.9 | 29 | $4,400.00 |
| Drivers Wanted Radio | 10/24/07-10/27/07 | KPRS 103.3 | 34 | $3,500.00 |
| Drivers Wanted SUV | 11/29/07-12/23/07 | KMXV 93.3 | 40 | $2,000.00 |
| Drivers Wanted SUV | 11/28/07-12/1/07 | KQRC 98.9 | 29 | $4,400.00 |
| Drivers Wanted Thanksgiving Radio | 11/21/07-11/25/07 | KMXV 93.3 | 42 | $3,590.00 |
| Drivers Wanted TV | 10/3/07-10/28/07 | WDAF 4 | 97 | $29,845.00 |
| Drivers Wanted TV | 10/14/07-10/28/07 | WDAF 4 | 8 | $9,850.00 |
| Drivers Wanted TV | 10/9/07-10/28/07 | Time Warner | 145 | $3,958.75 |
| Drivers Wanted TV | 10/9/07-10/28/07 | Time Warner | 424 | $10,944.00 |
| Drivers Wanted TV | 10/10/07-10/27/07 | KMBC 9 | 58 | $30,275.00 |
| Drivers Wanted TV | 10/10/07-10/27/07 | KMBC 9 | 7 | $7,375.00 |
| Drivers Wanted TV | 10/9/07-10/28/07 | KCWE 29 | 43 | $6,170.00 |
| Drivers Wanted TV | 10/10/07-10/28/07 | KSHB | 48 | $11,700.00 |
| Drivers Wanted TV | 10/9/07-10/28/07 | KCTV 5 | 20 | $21,275.00 |
| Drivers Wanted TV | 10/30/2007 | WDAF 4 | 1 | $650.00 |
| Drivers Wanted TV | 10/29/07-10/30/07 | Time Warner | 21 | $506.00 |
| Drivers Wanted TV | 10/29/07-10/30/07 | Time Warner | 14 | $1,241.00 |
| Drivers Wanted TV | 10/29/2007 | KCWE 29 | 1 | $0.00 |
| Grinch New Year Radio | 12/26/07-12/29/07 | KCJK 105.1 | 37 | $3,500.00 |
| Grinch Radio | 12/26/07-12/30/07 | KPRS 103.3 | 43 | $3,500.00 |
| Grinch TV | 12/22/07-12/30/07 | Time Warner | 55 | $1,458.75 |
| Grinch TV | 12/30/2007 | WDAF 4 | 2 | $1,800.00 |
| Grinch TV | 12/23/07-12/30/07 | WDAF 4 | 9 | $6,000.00 |
| Grinch TV | 12/26/07-12/30/07 | WDAF 4 | 71 | $12,845.00 |
| Grinch TV | 12/26/07-12/29/07 | KMBC 9 | 21 | $12,100.00 |
| Grinch TV | 12/22/07-12/30/07 | KSHB | 20 | $0.00 |
| Grinch TV | 12/22/07-12/30/07 | KSHB | 20 | $0.00 |
| Grinch TV | 12/26/07-12/30/07 | KCTV 5 | 17 | $8,000.00 |
| Grinch TV | 12/31/08-1/7/08 | WDAF 4 | 37 | $11,755.00 |

PDF created with pdfFactory trial version www.pdffactory.com

| Campaign | Dates | Station | Spots | Amount |
|---|---|---|---|---|
| Grinch TV | 12/31/07-1/07/08 | Time Warner | 221 | $3,766.00 |
| Grinch TV | 12/31/07-1/6/08 | KMBC 9 | 23 | $12,525.00 |
| Grinch TV | 12/31/07-1/7/08 | KCTV 5 | 31 | $9,970.00 |
| Internet | 2/11/2008 | WDAF 4 | 1 | $500.00 |
| July Internet Deal of the Week | 7/4/07-7/26/07 | KMCI 38 | 6 | $600.00 |
| Limited Miles | 8/22/07-8/25/07 | KMXV 93.3 | 5 | $500.00 |
| Limited Miles | 8/8/07-8/25/07 | KMJK 107.3 | 60 | $5,500.00 |
| Limited Miles | 8/2/07-8/4/07 | KPRS 103.3 | 25 | $2,100.00 |
| Limited Miles | 8/15/07-8/18/07 | KPRS 103.3 | 35 | $3,550.00 |
| Limited Miles | 8/18/07-8/19/07 | KMXV 93.3 | 42 | $3,590.00 |
| Limited Miles 85 | 8/30/07-9/16/07 | KMXV 93.3 | 85 | $7,365.00 |
| Limited Miles 85 | 9/05/07-9/08/07 | KMJK 107.3 | 39 | $3,005.00 |
| Limited Miles 85 | 9/19/07-9/22/07 | KCKC 102 | 47 | $3,000.00 |
| Limited Miles 85 | 8/27/07-9/30/07 | KMXV 93.3 | 50 | $2,500.00 |
| Limited Miles 85 TV | 9/23/2007 | WDAF 4 | 2 | $7,500.00 |
| Limited Miles 85 TV | 9/5/07-9/9/07 | WDAF 4 | 35 | $9,495.00 |
| Limited Miles 85 TV | 9/5/07-9/9/07 | WDAF 4 | 106(?) | ? (159-176) |
| Limited Miles 85 TV | 9/8/07-9/29/07 | KMBC 9 | 10 | $9,650.00 |
| Limited Miles 85 TV | 9/5/07-9/29/07 | KMBC 9 | 51 | $20,225.00 |
| Limited Miles 85 TV | 9/5/07-9/30/07 | KCWE 29 | 41 | $5,252.00 |
| Limited Miles 85 TV | 9/5/07-9/22/07 | KCTV 5 | 29 | $14,500.00 |
| Limited Miles 85 TV | 9/16/07-9/30/07 | WDAF 4 | 7 | $7,150.00 |
| Limited Miles 85 TV Revised | 9/1/2007 | KMBC 9 | 2 | $2,500.00 |
| Limited Miles 85 TV/Final Phase TV | 9/10/07-9/30/07 | Time Warner | 209 | $6,889.75 |
| Limited Miles 85 TV/Final Phase TV | 9/6/07-9/30/07 | Time Warner | 574 | $9,072.00 |
| Limited Miles Final Phase | 9/26/07-9/29/07 | KPRS 103.3 | 36 | $3,550.00 |
| Limited Miles Final Phase | 10/1/07-10/28/07 | KMXV 93.3 | 40 | $2,000.00 |
| Limited Miles Final Phase Revised | 10/3/07-10/5/07 | KMXV 93.3 | 30 | $3,090.00 |
| Limited Miles Final Phase TV | 9/26/07-9/29/07 | KCTV 5 | 11 | $6,075.00 |
| Limited Miles Final Phase TV | 10/1/07-10/3/07 | WDAF 4 | 3 | $1,700.00 |
| Limited Miles Final Phase TV | 9/30/2007 | WDAF 4 | 2 | $0.00 |
| Limited Miles Final Phase TV | 10/1/07-10/5/07 | Time Warner | 33 | $809.60 |
| Limited Miles Final Phase TV | 10/1/07-10/5/07 | Time Warner | 70 | $1,658.00 |
| Limited Miles Final Phase TV | 10/3/2007 | KMBC 9 | 4 | $3,150.00 |
| Limited Miles Final Phase TV | 10/3/2007 | KCWE 29 | 5 | $610.00 |
| Limited Miles Final Phase TV | 10/3/2007 | KSHB | 1 | $100.00 |
| Limited Miles Final Phase TV | 10/2/07-10/3/07 | KCTV 5 | 4 | $3,850.00 |
| Limited Miles Final Phase TV Revised | 10/4/07-10/7/07 | WDAF 4 | 37 | $7,980.00 |
| Limited Miles Final Phase TV Revised | 10/7/2007 | WDAF 4 | 3 | $2,150.00 |
| Limited Miles Final Phase TV Revised | 10/5/07-10/8/07 | Time Warner | 29 | $2,128.90 |
| Limited Miles Final Phase TV Revised | 10/5/07-10/8/07 | Time Warner | 88 | $2,358.00 |
| Limited Miles Final Phase TV Revised | 10/4/07-10/8/07 | KMBC 9 | 14 | $5,325.00 |
| Limited Miles Final Phase TV Revised | 10/4/07-10/6/07 | KMBC 9 | 2 | $2,575.00 |
| Limited Miles Final Phase TV Revised | 10/4/07-10/8/07 | KCWE 29 | 11 | $1,355.00 |
| Limited Miles Final Phase TV Revised | 10/3/07-10/6/07 | KSHB | 19 | $5,100.00 |
| Limited Miles Final Phase TV Revised | 10/4/07-10/7/07 | KCTV 5 | 5 | $4,375.00 |
| Limited Miles ND TV | 1/23/08-1/27/08 | KMCI 38 | 31 | $5,250.00 |
| Limited Miles ND TV | 1/25/2008 | KMCI 38 | 2 | $400.00 |
| Limited Miles ND TV | 1/24/08-1/27/08 | WDAF 4 | 26 | $3,870.00 |
| Limited Miles ND TV | 1/23/08-1/27/08 | KMBC 9 | 10 | $6,150.00 |
| Limited Miles ND TV | 1/23/08-1/27/08 | KCTV 5 | 19 | $4,905.00 |
| Limited Miles TV | 8/3/07-8/5/07 | WDAF 4 | 26 | $7,225.00 |

PDF created with pdfFactory trial version www.pdffactory.com

| Campaign | Dates | Station | Count | Amount |
|---|---|---|---|---|
| Limited Miles TV | 8/3/07-8/5/07 | KMBC 9 | 8 | $3,550.00 |
| Limited Miles TV | 8/3/07-8/5/07 | KCTV 5 | 12 | $4,800.00 |
| Limited Miles TV | 8/2/07-8/6/07 | KMCI 38 | 23 | $2,170.00 |
| Limited Miles TV | 9/5/07-9/30/07 | KMCI 38 | 80 | $7,335.00 |
| Limited Miles TV | 8/3/07-8/6/07 | KCWE 29 | 12 | $1,463.00 |
| Limited Miles TV Revised | 8/8/07-8/26/07 | WDAF 4 | 70 | $19,165.00 |
| Limited Miles TV Revised | 8/18/07-8/26/07 | WDAF 4 | 27 | $8,000.00 |
| Limited Miles TV Revised | 8/16/2007 | KMBC 9 | 4 | $6,000.00 |
| Limited Miles TV Revised | 8/8/07-8/26/07 | KMBC 9 | 68 | $23,500.00 |
| Limited Miles TV Revised | 8/8/07-8/26/07 | KCTV 5 | 45 | $22,300.00 |
| Limited Miles TV Revised | 8/7/07-8/18/07 | KMCI 38 | 57 | $6,050.00 |
| Limited Miles TV Revised | 7/30/07-8/7/07 | Time Warner | 311 | $5,826.00 |
| Limited Miles TV Revised | 8/19/07-8/26/07 | Time Warner | 6 | $0.00 |
| Limited Miles TV Revised | 8/22/07-8/28/07 | Time Warner | 78 | $0.00 |
| Limited Miles TV Revised | 8/7/07-8/18/07 | KCWE 29 | 39 | $4,691.00 |
| Limited Miles TV Revised | 8/28/07-9/2/07 | KMCI 38 | 33 | $2,695.00 |
| Limited Miles TV Revised | 8/29/07-9/1/07 | KMBC 9 | 17 | $6,825.00 |
| Limited Miles TV Revised | 8/27/07-9/6/07 | KCWE 29 | 17 | $2,413.00 |
| Limited Miles TV Revised | 8/29/07-9/1/07 | KCTV 5 | 12 | $6,750.00 |
| Live Traffic | 10/7/07-10/21/07 | Chiefs Radio | 6 | $0.00 |
| No Payments TV Scroll Revised | 6/26/2007 | KMCI 38 | 1 | $0.00 |
| No Payments TV Scroll Revised | 6/25/07-6/27/07 | Time Warner | 17 | $240.00 |
| Platinum TV | 10/12/07-10/28/07 | WDAF 4 | 22 | $0.00 |
| Platinum TV Revised | 10/14/07-10/28/07 | WDAF 4 | 4 | $0.00 |
| Platinum TV Revised | 10/20/07-10/28/07 | Time Warner | 222 | $0.00 |
| Platinum TV Revised | 11/18/2007 | WDAF 4 | 5 | $0.00 |
| Platinum TV Revised | 11/15/07-11/18/07 | WDAF 4 | 9 | $0.00 |
| Platinum Web TV | 2/20/08-2/24/08 | WDAF 4 | 41 | $7,000.00 |
| Platinum Web TV | 1/28/08-2/02/08 | WDAF 4 | 24 | $3,000.00 |
| Reverse Payments July 4 | 7/4/07-7/8/07 | KMXV 93.3 | 42 | $3,590.00 |
| Reverse Payments July 4 | 7/2/07-7/3/07 | KMCI 38 | 3 | $0.00 |
| Reverse Payments July 4 | 7/2/07-7/3/07 | KCWE 29 | 2 | $450.00 |
| Reverse Payments July 4 Revised | 7/2/07-7/29/07 | KCTV 5 | 6 | $3,775.00 |
| Reverse Payments July 4 Revised | 7/4/07-7/7/07 | KMBC 9 | 11 | $3,375.00 |
| Reverse Payments July 4 Revised | 7/4/07-7/7/07 | KMCI 38 | 10 | $1,100.00 |
| Reverse Payments July 4 Revised | 7/4/07-7/7/07 | KCWE 29 | 7 | $794.00 |
| Reverse Payments Radio | 7/11/07-7/28/07 | KMJK 107.3 | 65 | $4,679.25 |
| Reverse Payments Radio | 6/27/07-6/30/07 | KPRS 103.3 | 34 | $3,550.00 |
| Reverse Payments Revised | 7/18/07-7/21/07 | KPRS 103.3 | 35 | $3,550.00 |
| Reverse Payments Revised | 7/25/07-7/29/07 | KMXV 93.3 | 42 | $3,590.00 |
| Reverse Payments Revised | 8/1/07-8/2/07 | KPRS 103.3 | 12 | $1,450.00 |
| Reverse Payments TV | 6/27/07-7/8/07 | WDAF 4 | 32 | $8,895.00 |
| Reverse Payments TV | 6/27/07-7/1/07 | KMCI 38 | 25 | $2,250.00 |
| Reverse Payments TV | 6/28/07-7/9/07 | Time Warner | 42 | $676.00 |
| Reverse Payments TV | 6/27/07-7/1/07 | KCWE 29 | 15 | $1,660.00 |
| Reverse Payments TV Revised | 7/2/07-7/29/07 | KCTV 5 | 12 | $5,375.00 |
| Reverse Payments TV Revised | 7/06/07-7/29/07 | WDAF 4 | 31 | $9,900.00 |
| Reverse Payments TV Revised | 7/11/07-7/29/07 | KMBC 9 | 12 | $6,000.00 |
| Reverse Payments TV Revised | 7/5/07-7/28/07 | KMCI 38 | 22 | $1,195.00 |
| Reverse Payments TV Revised | 7/10/07-7/29/07 | Time Warner | 167 | $3,177.00 |
| Reverse Payments TV Revised | 7/8/07-7/29/07 | KCWE 29 | 11 | $998.00 |
| SCF | 10/24/2007 | KCWE 29 | 1 | $0.00 |

PDF created with pdfFactory trial version www.pdffactory.com

| Title | Dates | Station | Qty | Amount |
|---|---|---|---|---|
| SCF | 10/29/07-11/07/07 | KCWE 29 | 2 | $0.00 |
| Snipes | 11/19/07-11/23/07 | KCWE 29 | 10 | $0.00 |
| Snipes | 11/26/07-12/07/07 | KCWE 29 | 20 | $0.00 |
| Suzuki Sports Chad | 10/15/07-10/28/07 | WDAF 4 | 9 | $0.00 |
| Suzuki Sports Chad | 11/1/07-11/25/07 | WDAF 4 | 22 | $0.00 |
| Suzuki Sports Chad | 11/26/07-11/28/07 | WDAF 4 | 4 | $0.00 |
| Tar and Feather Revised | 6/25/07-6/26/07 | KMCI 38 | 2 | $0.00 |
| Tar and Feather Revised | 6/25/07-6/30/07 | Time Warner | 104 | $1,521.00 |
| Tux | 7/2/07-7/29/07 | KCTV 5 | 33 | $13,875.00 |
| Tux | 7/8/07-7/29/07 | WDAF 4 | 73 | $20,405.00 |
| Tux | 7/4/07-7/28/07 | KMBC 9 | 37 | $15,600.00 |
| Tux | 7/4/07-7/29/07 | KMCI 38 | 60 | $4,230.00 |
| Tux | 7/9/07-7/29/07 | Time Warner | 160 | $2,933.00 |
| Tux | 7/4/07-7/29/07 | KCWE 29 | 32 | $3,498.00 |
| Tux | 8/1/07-8/2/07 | WDAF 4 | 7 | $2,170.00 |
| Tux | 8/1/07-8/2/07 | KMBC 9 | 14 | $4,925.00 |
| Tux | 8/1/07-8/2/07 | KCTV 5 | 5 | $3,250.00 |
| Tux | 7/30/07-8/2/07 | KMCI 38 | 11 | $855.00 |
| Tux | 8/6/07-8/19/07 | Time Warner | 173 | $3,174.00 |
| Tux | 7/30/07-8/2/08 | KCWE 29 | 11 | $1,190.00 |

PDF created with pdfFactory trial version www.pdffactory.com