Chad Franklin Suzuki
6801 State Avenue
Kansas City, KS 66102

To Whom it May Concern,

This letter is to confirm that John II Broman and Renne L Broman have enrolled in the "No Payments for Life" campaign that enables them to drive a new Suzuki and Chad Franklin Suzuki sends them the payments in advance. The Bromans received a check for $4,593.75 to take care of a years worth of payments on their 2007 Suzuki XL7 with a vehicle identification number of 2S3DA417076114892.

The Bromans can continue in this program for and additional three years with Chad Franklin Suzuki sending them their payments lump sum for the year in advance.

Thanks Again,

Scott Prerichs
Finance Director
913-287-6900